Clear Form

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Vardha Khalil                                    20-1467 C

Location of Plaintiff(s)/Petitioner(s) (city/state): Chantilly, VA

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Faisal Gill

Firm Name: Gill Law Firm

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: 1717 Pennsylvania Ave NW, Suite 1025

City-State-ZIP: Washington DC 20006

Telephone & Facsimile Numbers: (310)418-6675,

E-mail Address: fgill@glawoffice.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ● Yes   ○ No

Nature of Suit Code: 114
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: O

Number of Claims Involved:

Amount Claimed: $ 300000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business?        ○ Yes   ● No

Was this action preceded by the filing of a protest before the GAO?    ○ Yes   ● No    GAO Solicitation No.

If yes, was a decision on the merits rendered?   ○ Yes   ○ No

Income Tax (Partnership) Case:
Identify partnership or partnership group:

Takings Case:
Specify Location of Property (city/state):

Vaccine Case:
Date of Vaccination:

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.        ○ Yes   ● No

**Nature-of-Suit Codes for General Jurisdiction Cases**

| | | |
|---|---|---|
| 100 Contract - Construction - (CDA) | 206 Tax - Excise | 348 Military Pay - Reinstatement |
| 102 Contract - Fail to Award - (CDA) | 208 Tax - Gift | 350 Military Pay - Relocation Expenses |
| 104 Contract - Lease - (CDA) | 210 Tax - Income, Corporate | 352 Military Pay - Retirement |
| 106 Contract - Maintenance - (CDA) | 212 Tax - Income, Individual | 354 Military Pay - SBP |
| 108 Contract - Renovation - (CDA) | 213 Tax - Income, Individual (Partnership) | 356 Military Pay - Other |
| 110 Contract - Repair - (CDA) | 214 Tax - Informer's Fees | |
| 112 Contract - Sale - (CDA) | 216 Tax - Preparer's Penalty | 500 Carrier - transportation |
| 114 Contract - Service - (CDA) | 218 Tax - Railroad Retirement/Unemployment Tax Act | 502 Copyright |
| 116 Contract - Supply - (CDA) | | 504 Native American |
| 118 Contract - Other - (CDA) | 220 Tax - TEFRA Partnership - 28:1508 | 506 Oil Spill Clean Up |
| | 222 Tax - Windfall Profit Overpayment - Interest | 507 Taking - Town Bluff Dam |
| 120 Contract - Bailment | | 508 Patent |
| 122 Contract - Bid Preparation Costs | 224 Tax - 100% Penalty - 26:6672 - Withholding | 509 Taking - Addicks & Barker Reservoirs |
| 124 Contract - Medicare Act | | 510 Taking - Personalty |
| 125 Contract - Affordable Care Act | 226 Tax - Other | 512 Taking - Realty |
| 126 Contract - Realty Sale | | 513 Taking - Rails to Trails |
| 128 Contract - Subsidy | 300 Civilian Pay - Back Pay | 514 Taking - Other |
| 130 Contract - Surety | 302 Civilian Pay - COLA | 515 Unjust Conviction and Imprisonment |
| 132 Contract - Timber Sale | 303 Civilian Pay - Disability Annuity | 516 Miscellaneous - Damages |
| 134 Contract - Other | 304 Civilian Pay - FLSA | 518 Miscellaneous - Lease |
| | 306 Civilian Pay - Overtime Compensation | 520 Miscellaneous - Mineral Leasing Act |
| 136 Contract - Other - Wunderlich | 308 Civilian Pay - Relocation Expenses | 522 Miscellaneous - Oyster Growers Damages |
| | 310 Civilian Pay - Suggestion Award | |
| 138 Contract - Protest (Pre Award) | 312 Civilian Pay - Other | 524 Miscellaneous - Safety Off. Ben. Act |
| 140 Contract - Protest (Post Award) | | 526 Miscellaneous - Royalty/Penalty Gas Production |
| | 340 Military Pay - Back Pay | |
| 200 Tax - Allowance of Interest | 342 Military Pay - CHAMPUS | 528 Miscellaneous - Other |
| 202 Tax - Declaratory Judgment - 28:1507 | 344 Military Pay - Correct records | 535 Informer's Reward |
| 204 Tax - Estate | 346 Military Pay - Correct/Reinstate | 536 Spent Nuclear Fuel |

**Nature-of-Suit Codes for Vaccine Cases**

| | | |
|---|---|---|
| 449 Injury - Hepatitis A | 485 Injury - Hemophilus Influenzae | 477 Death - Pertussis |
| 453 Injury - Pneumococcal Conjugate | 486 Injury - Varicella | 478 Death - Polio - inactive |
| 456 Injury - DPT & Polio | 490 Injury - Rotavirus | 479 Death - Polio - other |
| 457 Injury - D/T | 492 Injury - Thimerosal | 480 Death - Rubella |
| 458 Injury - DTP/DPT | 494 Injury - Trivalent Influenzae | 481 Death - Tetanus & Diphtheria |
| 459 Injury - Measles | 496 Injury - Meningococcal | 482 Death - Tetanus & Tox. |
| 460 Injury - M/M/R | 498 Injury - Human Papillomavirus | 483 Death - Other |
| 461 Injury - Measles/Rubella | | 487 Death - Hepatitus B |
| 462 Injury - Mumps | 452 Death - Hepatitis A | 488 Death - Hemophilus Influenzae |
| 463 Injury - Pertussis | 454 Death - Pneumococcal Conjugate | 489 Death - Varicella |
| 464 Injury - Polio - inactive | 470 Death - DPT & Polio | 491 Death - Rotavirus |
| 465 Injury - Polio - other | 471 Death - D/T | 493 Death - Thimerosal |
| 466 Injury - Rubella | 472 Death - DTP/DPT | 495 Death - Trivalent Influenzae |
| 467 Injury - Tetanus & Diphtheria | 473 Death - Measles | 497 Death - Meningococcal |
| 468 Injury - Tetanus & Tox. | 474 Death - M/M/R | 499 Death - Human Papillomavirus |
| 469 Injury - Other | 475 Death - Measles/Rubella | |
| 484 Injury - Hepatitis B | 476 Death - Mumps | |

## AGENCY CODES

| | | | | |
|---|---|---|---|---|
| **AGR** | Agriculture | | **TRN** | Department of Transportation |
| **AF** | Air Force | | **TRE** | Department of Treasury |
| **ARM** | Army | | **VA** | Department of Veterans Affairs |
| **AEC** | Atomic Energy Commission | | **VAR** | Various Agencies |
| **COM** | Department of Commerce | | **O** | Other |
| **DOD** | Department of Defense | | | |
| **DOE** | Department of Energy | | | |
| **ED** | Department of Education | | | |
| **EPA** | Environmental Protection Agency | | | |
| **GPO** | Government Printing Office | | | |
| **GSA** | General Services Administration | | | |
| **HHS** | Health and Human Services | | | |
| **HLS** | Homeland Security | | | |
| **HUD** | Housing and Urban Development | | | |
| **DOI** | Department of the Interior | | | |
| **ICC** | Interstate Commerce Commission | | | |
| **DOJ** | Department of Justice | | | |
| **LAB** | Department of Labor | | | |
| **MC** | Marine Corps | | | |
| **NAS** | National Aeronautical Space Agency | | | |
| **NAV** | Navy | | | |
| **NRC** | Nuclear Regulatory Commission | | | |
| **PS** | Postal Service | | | |
| **STA** | State Department | | | |
| **SBA** | Small Business Administration | | | |